INTERSTATE WASTE REMOVAL, INC.

v.

STATE OF NEW JERSEY, DEPARTMENT OF
ENVIRONMENTAL PROTECTION.

October 12, 1982.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration in light of *A.A. Mastrangelo, Inc. v. Department of Environmental Protection,* 90 *N.J.* 666 (1982). Jurisdiction is not retained.

IN THE MATTER OF MOTOR CLUB OF AMERICA INSURANCE
COMPANY v. STATE OF NEW JERSEY, DEPARTMENT
OF INSURANCE.

October 12, 1982.

Petition for certification denied.